NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**R. WAYNE JOHNSON,**
*Claimant-Appellant,*

v.

**SLOAN D. GIBSON, ACTING SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7098

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 14-1388, Judge Mary J. Schoelen.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

The court construes R. Wayne Johnson's submission entitled "Petition for a Writ of Mandamus" as a motion seeking relief on the merits of his appeal and appointment of counsel.

Mr. Johnson's arguments concerning the merits of the Court of Appeals for Veterans Claims' denial of his writ of

2                                JOHNSON v. GIBSON


mandamus belong in his informal brief and not in a motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s19